AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

MARK PATERSON

*Plaintiff(s)*

v.

CITY OF FOREST MISSISSIPPI, et al., and DUANE HAWKINS

*Defendant(s)*

Civil Action No. 3:14cv657 HTW - LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DUANE HAWKINS
124 1st St. NE
Magee, MS 39111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES L. KELLY
KELLY LAW OFFICE, P.C.
202 EAST GOVERNMENT STREET
BRANDON, MS 39042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* ARTHUR JOHNSTON

Date: AUG 22 2014

J. Carruth

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| MARK PATERSON<br>*Plaintiff(s)*<br>v.<br>CITY OF FOREST MISSISSIPPI, et al.<br>*Defendant(s)* | ) | Civil Action No. 3:14cv657 HTW - LRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CITY OF FOREST MISSISSIPPI
C/O FAYE JOHNSTON, MUNICIPAL CLERK
FOREST MISSISSIPPI

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES L. KELLY
KELLY LAW OFFICE, P.C.
202 EAST GOVERNMENT STREET
BRANDON, MS 39042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* ARTHUR JOHNSTON

Date: AUG 22 2014

J. Carruth
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

MARK PATERSON

*Plaintiff(s)*

v.

CITY OF FOREST MISSISSIPPI, et al. and DANNY HANDFORD

*Defendant(s)*

Civil Action No. 3:14cv657 HTW - LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DANNY HANDFORD
266 FUTCH RD.
FOREST MISSISSIPPI 39074

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES L. KELLY
KELLY LAW OFFICE, P.C.
202 EAST GOVERNMENT STREET
BRANDON, MS 39042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* ARTHUR JOHNSTON

Date: AUG 2 2 2014

J. Carruth

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

MARK PATERSON

*Plaintiff(s)*

v.

CITY OF FOREST MISSISSIPPI, et al. and WILL JONES, CHIEF OF POLICE, FOREST MISSISSIPPI IN HIS OFFICIA AND INDIVIDUAL CAPACITIES

*Defendant(s)*

Civil Action No. 3:14cv657 HTW - LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WILL JONES, CHIEF OF POLICE
FOREST MISSISSIPPI POLICE DEPARTMENT
FOREST MISSISSIPPI 39074

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES L. KELLY
KELLY LAW OFFICE, P.C.
202 EAST GOVERNMENT STREET
BRANDON, MS 39042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* ARTHUR JOHNSTON

Date: AUG 22 2014

J. Carruth

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

MARK PATERSON

*Plaintiff(s)*

v.

CITY OF FOREST MISSISSIPPI, et al., And MAGGIE MOORE-DIXON

*Defendant(s)*

Civil Action No. 3:14cv657 HTW - LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MAGGIE MOORE-DIXON
1664 FAULKNER GRAVE YARD RD.
MORTON, MS 39117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES L. KELLY
KELLY LAW OFFICE, P.C.
202 EAST GOVERNMENT STREET
BRANDON, MS 39042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* ARTHUR JOHNSTON

Date: AUG 22 2014

J. Carruth

*Signature of Clerk or Deputy Clerk*